UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANSELL MATRIA JORDAN, | ) | |
| Petitioner, | ) | 3:05-cv-0300-ECR-RAM |
| vs. | ) | **ORDER** |
| CRAIG FARWELL, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file a reply brief to petitioner's opposition to the pending motion to dismiss. (Docket #72). Respondents seek a 30-day enlargement of time, up to and including June 2, 2010, to file a reply brief. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a reply brief (Docket #72) is **GRANTED.** The reply brief shall be filed on or before **June 2, 2010.**

Dated this 4th day of May, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE