UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANSELL MATRIA JORDAN, | |
| Petitioner, | 3:05-cv-0300-ECR-RAM |
| vs. | **ORDER** |
| CRAIG FARWELL, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (Docket #77). Petitioner seeks a 60-day enlargement of time, up to and including October 12, 2010, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (Docket #77) is **GRANTED**. The reply shall be filed on or before **October 12, 2010.**

Dated this 13 day of August, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE